Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

_____ Division

Howard Trent Tyson Sr.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Department OF Labor
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:20-cv-00147
Assigned To : Unassigned
Assign. Date : 1/21/2020
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Howard Trent Tyson Sr. |
   | Street Address | 12018 Long Ridge Ln |
   | City and County | Bowie |
   | State and Zip Code | Maryland 20715-2352 |
   | Telephone Number | 202-431-1764 |
   | E-mail Address | Tysontoe@aol.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Case 1:20-cv-00147-FYP   Document 1   Filed 01/21/20   Page 2 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**
Name: Chief CEO Christina Yancey
Job or Title (if known): The Department of Labor
Street Address: 200 Constitution Avenue N.W.
City and County: Washington,
State and Zip Code: District of Columbia 20210
Telephone Number: 1-866-487-2365
E-mail Address (if known): www.dol.gov

**Defendant No. 2**
Name: Timothy Gribben
Job or Title (if known): Commissioner of the Fiscal Services
Street Address: P.O. Box 1686
City and County: Birmingham
State and Zip Code: Alabama, 35201-1686
Telephone Number: 1 800-304-3107
E-mail Address (if known): Treasury.gov

**Defendant No. 3**
Name: Manager: "Parta" Coast Professional Inc/Collection
Job or Title (if known): Manager
Street Address: P.O. Box 246
City and County: Geneseo
State and Zip Code: New York 14454
Telephone Number: 1 800-963-5258
E-mail Address (if known): Coastprofessional.net

**Defendant No. 4**
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ERISA (Employee Retirement Income Security Act of 1974. Protects Disability Income. And IF Posible, They're Also violating 5 USC 5514, and 31 USC 3716 Codes, Which only Allow 15% They're taking 25%

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)*
   _____

b. If the defendant is a corporation

The defendant, *(name)* __US Department of the Treasury__ is incorporated under the laws of the State of *(name)* __ERISA of 1974__, and has its principal place of business in the State of *(name)* __District of Columbia__

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* __Washington, DC.__

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy __$5,300,00__

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? __OWCP - Office of Workers Compensation @ $259.60 A Month__

B. What date and approximate time did the events giving rise to your claim(s) occur?

__December 1st 2019. They deducted $259.60 25%. When Even If It were Legal. 5 USC 5514 says They were Allowed only 15%. They Also have me Listed As Howard Johnson, Controvercial. My name is Howard Tyson__

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I causes hardship in paying my mortgage. I'm already a month behind as a result. Plus they are taking 25% when 5 USC 5514 says 15% (But ERISA Act of 1974 says Disability Income is protected, where as neither 5 USC 5514 nor 31 USC 3716 does not say or give permission for Disability Income to be taken!

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff desire is that this action, stop the OWCP, Dept of Labor and the Bureau and Coast Professional Inc. stop taking my protected money. And that the Bureau of Fiscal Services, Offset Program Returns money its already collected. And that since they've already taken 25%, that they shall not offset my Social Security Income

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/20/2020

Signature of Plaintiff: *Howard T. Tyson Sr.*
Printed Name of Plaintiff: Howard T. Tyson Sr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____